IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHANIE FISCHER, | § | |
| | § | |
| *PLAINTIFF(S)*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:21-CV-03522 |
| | § | (JURY) |
| AMGUARD INSURANCE COMPANY, | § | |
| | § | |
| *DEFENDANT(S)*. | § | |

**PLAINTIFF'S NOTICE OF INITIAL RULE 26 (A)(1) DISCLOSURES**

TO THE HONORABLE JUDGE:

COMES NOW, Plaintiff Stephanie Fischer, and show the court that on November 18, 2021, Plaintiffs served *Plaintiffs' Rule 26(A)(1) Initial Disclosures* to Defendants in the above referenced matter.

Sincerely,

CHAD T WILSON LAW FIRM PLLC

By: */s/ Chad T. Wilson*

Chad T. Wilson
Southern District Bar No. 2246983
Bar No. 24079587
CWilson@cwilsonlaw.com
Amanda J. Fulton
Southern District Bar No. 1348764
Bar No. 24077283
afulton@cwilsonlaw.com
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
Telephone: (832) 415-1432
Facsimile: (281) 940-2137

ATTORNEYS FOR PLAINTIFFS

1

**CERTIFICATE OF FILING AND SERVICE**

  I hereby certify that on November 18, 2021, I electronically transmitted this document to the Clerk of Court using the CM/ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to defendant(s) counsel of record.

STEVEN O. GRUBBS
SOUTHERN DISTRICT BAR NO. 21932
SBN 00796683
SGRUBBS@SHEEHYWARE.COM
JONATHAN R. PEIRCE
SOUTHERN DISTRICT BAR NO. 2303246
SBN 24088836
JPEIRCE@SHEEHYWARE.COM
SHEEHY, WARE, PAPPAS & GRUBBS, P.C.
2500 TWO HOUSTON CENTER
909 FANNIN
HOUSTON, TEXAS 77010
713-951-1000
713-951-1199 – FACSIMILE
ATTORNEYS FOR THE DEFENDANT
AMGUARD INSURANCE COMPANY

                /s/ *Chad T. Wilson*