IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHANIE FISCHER | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CAUSE NO. 4:21-CV-03522 |
| | § | |
| AMGUARD INSURANCE COMPANY | § | |
| | § | |
| *Defendant.* | § | |

**PARTIES' JOINT MOTION FOR LEAVE TO FILE DISPOSITIVE MOTIONS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Stephanie Fischer and Defendant AmGUARD Insurance Company file this Joint Motion for Leave to File Dispositive Motions, and would respectfully show the Court as follows:

Plaintiff filed suit against AmGUARD on October 26, 2021, which AmGUARD timely answered on November 16, 2021. In the lawsuit, Plaintiff asserts that AmGUARD conducted an improper investigation and wrongfully denied and delayed payment of benefits under the Policy. Plaintiff asserts causes of action for breach of contract, violations of the Texas DTPA and Insurance Code, and breach of the duty of good faith and fair dealing/bad faith. [Doc. 1]. As damages, Plaintiff seeks the amount of unpaid insurance benefits allegedly owed plus mental anguish, court costs and attorneys' fees, treble damages, vague exemplary damages, vague punitive damages, and statutory interest. *Id*.

On May 12, 2022, the Court entered a Rule 16 Scheduling Order, which, among other things, set the deadline for dispositive motions for March 24, 2023, and set the final pretrial conference for October 2, 2032 [Doc. 18]. By agreement in September 2022, the parties extended

the deadline to file dispositive motions to May 2, 2023. The parties originally agreed, operating collegially, to this extension as part of a larger set of extensions stemming from Plaintiff's request for a 60-day extension of Plaintiff's expert designation deadline. [Doc. 19]. The remaining extensions of the discovery deadline and the dispositive motions deadline followed from the expert designation extension. Thereafter, the parties, still operating collegially, further agreed to extend Plaintiff's deadline to respond to Defendant's Motion for Partial Summary Judgment by an additional week and provided Defendant additional time to file a Reply Brief. [Doc. 22, extending Plaintiff's deadline to file a response]; (Exhibit A hereto, extending Defendant's deadline to file a reply); *see also* Local Rule 83.1(j); Appx. D, R. J (noting that attorneys should cooperate and provide reasonable accommodations to one another). The extensions of time were not sought for purposes of delay, and the parties do not request that the Court alter the parties final pretrial conference or trial setting.

    For the reasons outline above, Plaintiff Stephanie Fischer and Defendant AmGuard Insurance Company respectfully request that the Court grant this Motion for Leave, and consider Defendant's Motion for Partial Summary Judgment [Doc. 29], Plaintiff's Response in Opposition to Defendant's Motion [Doc. 31], and Defendant's Reply in Support of its Motion [Doc. 32], as timely filed, and for any additional relief to which the parties may be entitled.

                                            Respectfully submitted,

                                            **CHAD T. WILSON LAW FIRM, PLLC**

                                      By:  */s/ Amanda J. Fulton*
                                              Chad T. Wilson
                                              Southern District Bar No. 2246983
                                              SBN 24079587
                                              Amanda J. Fulton
                                              Southern District Bar No. 31422
                                              SBN 24077283
                                              455 East Medical Ctr. Blvd., Suite 555

      Webster, Texas 77598
      Telephone: (832) 415-1432
      Facsimile:  281) 940-2137
      eservice@cwilsonlaw.com
      afulton@cwilsonlaw.com

      **ATTORNEYS FOR THE PLAINTIFF**

      **SHEEHY, WARE, PAPPAS & GRUBBS, P.C.**

By: */s/  Jonathan R. Peirce*
   Steven O. Grubbs
   Southern District Bar No. 21932
   SBN 00796683
   SGrubbs@sheehyware.com
   Jonathan R. Peirce
   Southern District Bar No. 2303246
   SBN 24088836
   JPeirce@sheehyware.com
   Two Houston Center
   909 Fannin St., Suite 2500
   Houston, Texas 77010
   Telephone: (713) 951-1000
   Facsimile:  (713) 951-1199

   **ATTORNEYS FOR THE DEFENDANT**
   **AMGUARD INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above foregoing instrument has been forwarded via e-filing in accordance with the Federal Rules of Civil Procedure on this, June 9, 2023 to the following counsel of record:

*Via E-service:*
Chad T. Wilson
Amanda J. Fulton
CHAD T. WILSON LAW FIRM PLLC
455 E Medical Center Blvd, Ste 555
Webster, Texas 77598
cwilson@cwilsonlaw.com
afulton@cwilsonlaw.com

      */s/ Jonathan R. Peirce*
       Jonathan R. Peirce