United States District Court
Southern District of Texas
**ENTERED**
June 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHANIE FISCHER | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CAUSE NO. 4:21-CV-03522 |
| | § | |
| AMGUARD INSURANCE COMPANY | § | |
| | § | |
| *Defendant.* | § | |

## ORDER GRANTING PARTIES' JOINT MOTION FOR LEAVE TO FILE DISPOSITIVE MOTIONS

Before the Court is the parties' Joint Motion for Leave to File Dispositive Motions [Doc. 33]. Having Motion, the applicable law, and the arguments of counsel, if any, the Court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that the parties' Joint Motion for Leave to File Dispositive Motions is GRANTED.

Signed this the 12 day of June, 2023.

_____
U.S. District Judge